*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

LaQUITA SAUNDERS, Special
Administratrix of the Estate of
Earnest L. Saunders, deceased

vs.                                NO.  3:99CV00374 SWW

FORD MOTOR COMPANY and TRW
VEHICLE SAFETY SYSTEMS, INC.

### JUDGMENT ON JURY VERDICT

This action came on for trial August 31, 2005, before the Court and a jury, the Honorable Judge Susan Webber Wright, United States District Court, presiding.  Prior to submission of the case to the jury, the Court had dismissed plaintiff's breach of warranty claims in this matter and granted defendant Ford's motion for directed verdict as to punitive damages and defendant TRW's motion for directed verdict as to punitive damages and design defect.  The remaining issues of design defect and negligence as to defendant Ford Motor Company and negligence as to defendant TRW Vehicle Safety Systems, Inc., having been duly tried, and the jury having rendered its verdict by answering Interrogatory #1 on September 9, 2005; now therefore, pursuant to that answer,

IT IS ORDERED AND ADJUDGED that plaintiff LaQuita Saunders, Special Administratrix of the Estate of Earnest L. Saunders, deceased, takes nothing on the complaint filed herein, and the same is hereby dismissed with prejudice.

Dated this 13th day of September, 2005.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE