IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| LaQUITA SAUNDERS, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 3:99CV00374 SWW |
| | * |
| FORD MOTOR COMPANY and TRW | * |
| VEHICLE SAFETY SYSTEMS, INC., | * |
| | * |
| Defendants. | * |

## ORDER

Before the Court are defendants' motions to voluntarily dismiss their bills of costs. Defendants state the parties have reached an agreement whereby defendants will dismiss their respective bills of costs, and no party (including plaintiff) will pursue this case further.

For the reasons stated, the motions [docket entries 182 and 183] are granted. The motions for bills of costs [docket entries 179 and 181] are dismissed with prejudice.

SO ORDERED 13th day of October 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE